IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CV-304-FDW-DSC

| | |
|---|---|
| MARIANO H. OSPINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PLANTATION PARK AT BALLANTYNE, ) | |
| RIVERSTONE RESIDENTIAL GROUP, ) | |
| and THE STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court upon Plaintiff's "Emergency Motion for an Injunction." (Doc. No. 3). The Court has reviewed Plaintiff's complaint and motion for an emergency injunction and determined that this matter is part of a previously filed case in the United States Bankruptcy Court for the Western District of North Carolina. The Court therefore orders that this matter be referred in its entirety to the Bankruptcy Court for the Western District of North Carolina and consolidated with Case Number 10-31815.

The Clerk is directed to send a copy of this Notice to Plaintiff at 11010 Tara Glenn Court, Suite 527, Charlotte, NC 28277, which is Plaintiff's address of record.

IT IS SO ORDERED.

Signed: July 7, 2010

Frank D. Whitney
United States District Judge